

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-19-00376-CR

**IN RE STATE OF TEXAS, EX. REL. TODD "TADEO" DURDEN, COUNTY ATTORNEY**

From the County Court, Kinney County, Texas
Trial Court No. 10041CR, 10056CR, 10122CR, 10134CR, 9711CR, 9712CR, 9892CR,
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice
     Liza A. Rodriguez, Justice

On September 30, 2020, relator filed a "State's Motion for Enforcement and Request for Order to Appear and Show Cause." The motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court